UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIO ALEMAN-DIAZ,

      Petitioner,

v.                                                      Case No.:  2:26-cv-01469-SPC-DNF

U.S. ATTORNEY GENERAL *et al.*,

      Respondents.

                       /

## OPINION AND ORDER

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 19).  Julio Aleman-Diaz filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Aleman-Diaz would be removed in the reasonably foreseeable future.  But in light of Aleman-Diaz's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention.  Aleman-Diaz is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Julio Aleman-Diaz's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Aleman-Diaz within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on July 2, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record